IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MILAN NIKOLIC,**
  **Plaintiff,**

**vs.**             **CASE NO.: 5:06cv21/MCR/MD**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
  **Defendant.**
               /

**O R D E R**

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 24, 2006.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

  Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now ORDERED as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. The defendant's motion to remand (doc. 20) is GRANTED and the Commissioner's decision denying benefits is REVERSED.

  3. The defendant is ordered to direct the Administrative Law Judge to conduct a de novo hearing with instructions to properly consider whether plaintiff's back impairment met or equaled the requirements of Listing 1.04, to accept or fully

**articulate the reasons for rejecting the treating physician opinions of Drs. Maddox and Stringer, and to associate the subsequent application file with this claim.**

  4.  The clerk is directed to enter judgment for plaintiff and close the file.

  DONE AND ORDERED this 23rd day of August, 2006.

              s/ *M. Casey Rodgers*
              **M. CASEY RODGERS**
              **UNITED STATES DISTRICT JUDGE**